# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PENN BANK, a National Association, and DOES 1-100, inclusive<br><br>Defendants. | CASE NO.: CV 10-7661-GW(JCx)<br><br>*Complaint Filed: September 2, 2010*<br><br>Assigned to The Honorable George H. Wu<br><br>**MODIFIED ORDER APPROVING STIPULATION FOR AGREED PROTECTIVE ORDER [F.R.C.P. 26(c)]** |

Epstein Turner Weiss
A Professional Corporation
633 W. Fifth Street,
Suite 3330
Los Angeles, CA 90071

- 1 -
**ORDER APPROVING AGREED PROTECTIVE ORDER**

S:\JC\Civil\Countrywide v. National Penn Bank CV 10-7661 GW(JCx)\CountrywideProtOrd.doc

1  Upon the stipulation of the parties, and for good cause shown, IT IS
2  ORDERED THAT pursuant to Rule 26(c) of the Federal Rules of Civil Procedure,
3  the Agreed Protective Order is approved with the modifications below, and the
4  parties are bound by it.
5      1.  Paragraphs 6 and 9 of the Protective Order are modified to delete
6  any reference to testimony in court proceedings as such proceedings are
7  presumptively public.
8      2.  To the extent the procedures set forth in Paragraphs 12 and 14 are
9  inconsistent with Local Rules 37-1 through 37-4, the procedures set forth in the
10 foregoing Local Rules shall govern.
11 DATED:  December 9, 2010              /s/
12                                       Jacqueline Chooljian – U.S. Magistrate Judge

Epstein Turner Weiss
A Professional Corporation
633 W. Fifth Street,
Suite 3330
Los Angeles, CA 90071

- 2 -
**ORDER APPROVING AGREED PROTECTIVE ORDER**