**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., | CASE NO.: CV 10-7661-GW(JCx) |
| *Plaintiff,* | **ORDER DISMISSING CASE ON PARTIES STIPULATION** |
| vs. | |
| NATIONAL PENN BANK, et al., | |
| *Defendants.* | |

1

1 | Upon the stipulation of the parties, and for good cause shown, IT IS HEREBY
2 | ORDERED that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the
3 | above-captioned action is hereby dismissed with prejudice.

5 | DATED: April 4, 2011

*George H. Wu*
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE